UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| TERESA G. CAMPBELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:08CV45SNLJ/DDN |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for attorney's fees (#27), filed October 29, 2009. Defendant filed a response (#29) on November 30, 2009.

This Court ordered (#27) that the report and recommendation of U.S. Magistrate Judge David D. Noce (#24), filed July 1, 2009, be sustained, adopted and incorporated in the order of August 18, 2009. Plaintiff now comes pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 and requests that this Court award her attorney's fees in the amount of $1,825.00 to be paid to plaintiff's attorney, Therese A. Schellhammer, for 14.60 hours of work on this case. The defendant has no objections to payment of the award under the EAJA directly to plaintiff's counsel, and this Court finds that there are no circumstances in this case that would make an award under the EAJA unwarranted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant pay attorney's fees in the amount of $1,825.00, paid directly to plaintiff's attorney, Therese A. Schellhammer.

Dated this  3rd  day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE